O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-07022 AHM<br>Bankruptcy Court No. 2:10-bk-31543-TD | Date | February 8, 2011 |
|---|---|---|---|
| Title | In re: SKYMOUNTAIN COASTAL PROPERTIES, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On February 3, 2011, Appellant responded to this Court's January 26, 2011 Order to Show Cause. Plaintiff requested dismissal of this appeal.

The Court therefore DISMISSES the above-captioned case. The clerk is hereby directed to close this file.

**JS-6**

_____ : _____

Initials of Preparer        SMO

cc: Bankruptcy Court